NEW JERSEY DISTRICT COURT ASSOC. INC., ET ALS.,
PLAINTIFFS-APPELLANTS, v. NEW JERSEY SUPREME
COURT, ET AL., DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued December 10, 1985—Decided January 2, 1986.

Before Judges ANTELL, SHEBELL and MUIR.

*Bruce Evan Chase* argued the cause for appellants (*Chase and Chase*, attorneys; *Bruce Evan Chase* on the brief).

*Joseph L. Yannotti*, Deputy Attorney General, argued the cause for respondents (*Irwin I. Kimmelman*, Attorney General of New Jersey, attorney; *Andrea Silkowitz*, Deputy Attorney General, of counsel, and *Joseph L. Yannotti* on the brief).

PER CURIAM.

The order for summary judgment dated June 25, 1985 is affirmed substantially for the reasons stated by Judge Ciolino in his formal written opinion of June 5, 1985 for the Law Division which is reported at 205 *N.J.Super.* 582.